[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 14, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-12244

_____

D.C. Docket No. 05-20223-CR-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON ANTONIO SANCHEZ,
a.k.a. Dorito,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(November 14, 2007)**

Before BLACK, HULL and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, the Court concludes that Appellant Sanchez

has not demonstrated any reversible error in the district court's denial of his motion to suppress the money found and the statements provided during the traffic stop.

The district court also did not err in calculating Appellant Sanchez's advisory guidelines range. It was not clear error for the district court to deny Appellant Sanchez a minor-role reduction or a safety-valve reduction.

Finally, Appellant Sanchez has not shown that his sentence at the low end of the applicable advisory guidelines range was unreasonable.

Therefore, we affirm Appellant Sanchez's conviction and sentence.

**AFFIRMED.**